UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE WEISNER, | No. 2:21-cv-01957-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| ALLISON NOBERT, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 1, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

      The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

1

supported by the record and by the proper analysis. While in his complaint, plaintiff states he does not consent to the magistrate judge "presiding over this case" and accuses the magistrate judge of conspiring with defendants "to dismiss the complaint and prevent relief," First Am. Compl. (FAC) at 9, ECF No. 10, by Local Rule 302(c)(21) magistrate judges initially handle all actions initiated by pro se plaintiffs, and here given that the parties have not all consented this court retains the authority to ultimately decide the disposition of this matter. Moreover, plaintiff has offered no facts supporting his allegation of conspiracy. *See* FAC; *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed March 1, 2023, are adopted in full;
2. Plaintiff's first amended complaint is dismissed without further leave to amend; and
3. The Clerk of Court close this case.

DATED: April 27, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE